**DISMISS; and Opinion Filed December 10, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00245-CV

## IN THE INTEREST OF C. R. H., A CHILD

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-50593-06

## MEMORANDUM OPINION
Before Justices O'Neill, Myers, and Brown
Opinion by Justice O'Neill

Our records reflect that, since the filing of the notice of appeal on February 19, 2013, appellant has taken no steps to prosecute this appeal. He has failed to (a) pay the filing fee, (b) file the required docketing statement, (c) request the reporter's record, and (d) pay the fee for the clerk's record so that the clerk's record could be filed. *See* TEX. R. APP. P. 5, 32.1, 34.6(b), 35.3. Despite being cautioned by order dated October 16, 2013 that the appeal would be dismissed unless he paid the filing fee and the fee for the clerk's record by November 5, 2013, appellant has not complied or otherwise communicated with the Court. Because nothing in our records reflects appellant is excused by statute or rule from paying the filing fee and clerk's fee, and he has failed to pay those fees, we dismiss the appeal. *See id.* 37.3(b), 42.3(b), (c).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

130245F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C. R. H., A CHILD

No. 05-13-00245-CV

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-50593-06.
Opinion delivered by Justice O'Neill.
Justices Myers and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Crystal L. Reed recover her costs, if any, of this appeal from appellant DeCarlos Hill.

Judgment entered this 10th day of December, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE